# EXHIBIT 8

| US 8600383—Claim 1 | 3GPP Specifications |
|---|---|
| A method of cell reselection by a user equipment device (UE), | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>UE shall perform measurements for cell selection and reselection purposes as specified in [10].<br>The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10]. |
| the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[…]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT. |

| | |
|---|---|
| | **5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell; |

| | |
|---|---|
| | - When the UE is searching for a cell to camp on;<br>[…] |
| determining whether a cell of a second RAT is suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| the UE not considering said cell of the second RAT as a candidate for reselection if said cell of the second RAT is not suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| and further not considering said cell of the second RAT for a time period. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..] |

| | |
|---|---|
| | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. <br> […] |
| **US 8600383—Claim 9** | **3GPP Specifications** |
| The method according to claim 1, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0** <br><br> **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** <br> [..] <br> If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. <br> […] |
| **US 8600383—Claim 17** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.] <br><br> **3GPP TS 36.304 v. 8.10.0** <br><br> **1 Scope** <br> [...] <br> The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases: <br><br> - When the UE is camped on an E-UTRA cell; <br> - When the UE is searching for a cell to camp on; |

| | |
|---|---|
| | NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, it is determined whether a cell of a second RAT is suitable for camping, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope** |

| | |
|---|---|
| | [...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>  [...]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
| wherein the UE does not consider said cell of the second RAT as a candidate for reselection if said cell of the second RAT is not suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |

| and further does not consider said cell of the second RAT for a time period. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| **US 8600383—Claim 25** | **3GPP Specifications** |
| The UE according to claim 17, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| **US 8600383—Claim 49** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...] |

| | |
|---|---|
| a second cellular RAT, the UE comprising: | The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...] |

| | When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[…]<br>**1 Scope**<br>[…]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>  […] |
|---|---|
| the UE considers a cell of a second RAT as barred as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| **US 8600383—Claim 58** | **3GPP Specifications** |
| The UE according to claim 49, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being |

| | |
|---|---|
| | equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. [...] |
| **US 8600383—Claim 66** | **3GPP Specifications** |
| A method of cell reselection by a user equipment device (UE), the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a |

| | |
|---|---|
| | better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br> [...] |
| determining whether a cell of a second RAT is suitable for camping | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is |

Case 1:20-cv-00653-UNA   Document 1-8   Filed 05/15/20   Page 13 of 16 PageID #: 103

| | |
|---|---|
| | redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. […] |
| the UE excluding said cell of the second RAT as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| **US 8600383—Claim 74** | **3GPP Specifications** |
| The method according to claim 66, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| **US 8600383—Claim 82** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0** |

| with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising: | **1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection** |

| | **5.2.1 Introduction**<br>[…]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[…]<br>**1 Scope**<br>[…]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>  […] |
|---|---|
| it is determined whether a cell of a second RAT is suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| wherein the UE excludes said cell of the second RAT as a 20 candidate for reselection for a time period if said cell of | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..] |

| | |
|---|---|
| the second RAT is not suitable for camping. | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. |
| **US 8600383—Claim 90** | **3GPP Specifications** |
| The UE according to claim 82, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |