**GT GreenbergTraurig**

Benjamin J. Schladweiler
Tel 302.661.7352
Fax 302.661.7163
schladweilerb@gtlaw.com

December 4, 2020

**VIA E-FILING**

The Honorable Maryellen Noreika
United States District Court for
  the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: *Sisvel International S.A. et al. v. OnePlus Technology (Shenzhen) Co. Ltd.*, C.A. No. 20-653-MN

Dear Judge Noreika:

We write on behalf of Defendant OnePlus Technology (Shenzhen) Co. Ltd. ("OnePlus") in the above-captioned matter concerning the Court's November 4, 2020 Oral Order filed in all the related cases directing the parties to meet and confer to submit a proposed scheduling order (D.I. 6). OnePlus is a Chinese corporation with its principal place of business in China. Given that OnePlus has yet to be served with a summons for this matter, OnePlus respectfully requests that it be excused from participating in the scheduling process until such time that it has been served. Counsel for OnePlus discussed this request with counsel for Plaintiff, and Plaintiff did not indicate it opposed this request.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)

cc: All counsel of record